UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | Case No: | 14-20710 MER |
| LAURIE ARMELAGOS JOHNSON, | | |
| Debtor. | Chapter | 13 |

## ENTRY OF APPEARANCE

COMES NOW, David R. Doughty, and hereby enters his appearance on behalf of BANK OF AMERICA, N.A. and hereby requests that all notices, pleadings, and other documents filed in this proceeding be sent to the undersigned counsel in addition to direct notice to: BANK OF AMERICA, N.A., MAIL STOP CA6-919-01-23, 400 NATIONAL WAY, SIMI VALLEY, CA 93065

Janeway Law Firm, P.C.
Attorneys for BANK OF AMERICA, N.A.

Lynn M. Janeway #15592
*David R. Doughty #40042
Eve M. Grina #43658
Elizabeth S. Marcus #16092
Alison L. Berry #34531
Courtney E. Wright #45482
Nicholas H. Santarelli #46592
Kelly Murdock #46915
9800 S. Meridian Blvd., Suite 400
Englewood, CO 80112
Phone: (303) 706-9990 Fax: (303) 706-9994
bankruptcy@janewaylaw.com; JLF No.: 14-003070

### Certificate of Service

The undersigned hereby certifies that on November 18, 2014 a copy of the attached Entry of Appearance was deposited into U.S. mail in an envelope with prepaid, first class postage and addressed as follows:

LAURIE ARMELAGOS JOHNSON
959 S VINE STREET
DENVER, CO 80209

MICHAEL SUCHOPAREK
517 E. 16TH AVE.
DENVER, CO 80203-1917

DOUGLAS B. KIEL
4725 S. MONACO ST.
STE 120
DENVER, CO 80237

James Andersen